**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7139**

NATHANIEL SINGLETON,

　　　　　Plaintiff - Appellant,

　　　v.

FOOD SERVICE OFFICER MR. NELSON; FOOD SERVICE MR. TAYLOR;
FOOD SERVICE MR. CRAZE; FOOD SERVICE MS. JOHNSON; FOOD
SERVICE MS. VENTON; ADMINISTRATIVE FOOD SERVICE BROWN;
ADMINISTRATIVE FOOD SERVICE ARGLINE,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.　R. Bryan Harwell, District Judge.
(1:12-cv-02985-RBH)

Submitted:　December 18, 2014　　　Decided:　December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Singleton, Appellant Pro Se.　Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Singleton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Singleton v. Nelson, No. 1:12-cv-02985-RBH (D.S.C. July 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED